In the Matter of Dawn Frey, Respondent, v Warren Mims, Appellant. [957 NYS2d 261]

Present—Scudder, P.J., Centra, Valentino, Whalen and Martoche, JJ.